Decided October 17, 2005

DAVIDSON D. WILLIAMS ET AL. *v.* BLACK ROCK YACHT CLUB, INC.

The plaintiffs' petition for certification for appeal from the Appellate Court, 90 Conn. App. 27 (AC 25150), is denied.

*Davidson D. Williams*, pro se, in support of the petition.

*Carolyn R. Linsey*, in opposition.

Decided October 17, 2005